In the Matter of THE MORTGAGE CORPORATION OF NEW YORK, as Trustee, Appellant, against MENAN REALTY CORPORATION, Respondent.

Argued February 29, 1940; decided March 15, 1940.

*Curtiss Ely Frank* and *James E. O' Kane* for appellant.
*Lionel Golub* and *Max Levy* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.